### ELDERT v. CROSS COUNTRY R. CO. et al.

(Supreme Court, Appellate Division, Second Department. November 27, 1914.)

Appeal from Special Term, Queens County.

Action by Luke Eldert against the Cross Country Railroad Company and others. From an interlocutory judgment for plaintiff, defendant Sarah Maria Streeter appeals. Affirmed.

Argued before JENKS, P. J., and BURR, THOMAS, CARR, and PUTNAM, JJ.

PER CURIAM. Orders affirmed, with $10 cost and disbursements, on the authority of Eldert v. Cross Country R. R. Co., 150 N. Y. Supp. 220, decided herewith.